**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ALBERTO PULLES CANCHE,**

        **Petitioner,**

v.                                 **Case No. 4:17cv580-MW/CAS**

**JEFF SESSIONS, et al.,**

        **Respondents.**

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The motion to dismiss, ECF No. 9, is **GRANTED**, and the § 2241 petition, ECF No. 1, is **DISMISSED as moot** since Petitioner has been granted the relief sought in the petition." The Clerk shall close the file.

**SO ORDERED on March 29, 2018.**

                         **s/Mark E. Walker**_____
                         **United States District Judge**